# Attachment B

IN THE SUPERIOR COURT OF RICHMOND COUNTY
STATE OF GEORGIA

| | |
|---|---|
| GISELLE NEWMANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2011RCCV296 |
| | ) |
| LOWE'S HOME CENTERS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:  Clerk of the Superior Court of Richmond County
     Augusta/Richmond Municipal Building
     Suite 503
     530 Greene St.
     Augusta, GA 30901

     John Michael Brown (Attorney for Plaintiff)
     2603 Commons Blvd., Suite C
     Augusta, GA 30909

PLEASE TAKE NOTICE that Defendant Lowe's Home Centers, Inc., has on June 20, 2011, via CM ECF Electronic filing, submitted to the Clerk of the United States District Court for the Southern District of Georgia, for filing, a Notice of Removal of this action, a copy of which is attached hereto. Pursuant to the provisions of 28 U.S.C. § 1446(d), the filing of this Notice of Filing of Notice of Removal effects the removal of said action to the United States District Court for the Southern District of Georgia, and this Court shall proceed no further unless and until the case is remanded.

*** SIGNATURES ON FOLLOWING PAGE ***

Respectfully submitted, this 21st day of June, 2011.

                                CONSTANGY, BROOKS & SMITH, LLP

                                */s/ William M. Clifton III*
                                WILLIAM M. CLIFTON III
                                Georgia Bar No. 170176
                                ALYSSA PETERS MORRIS
                                Georgia Bar No. 455211

577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA  31202-1975
(478) 750-8600
(478) 750-8686 (facsimile)

## CERTIFICATE OF SERVICE

I, William M. Clifton III, do hereby certify that I have this day served upon the following persons a copy of the foregoing NOTICE OF FILING NOTICE OF REMOVAL by depositing same in the United States mail, postage paid, to the attorney for the Plaintiff, addressed as follows:

>John Michael Brown
>2603 Commons Blvd., Suite C
>Augusta, GA 30909

Dated this 21st day of June, 2011.

CONSTANGY, BROOKS & SMITH, LLP

_____
WILLIAM M. CLIFTON III

577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA  31202-1975
(478) 750-8600
(478) 750-8686 (facsimile)